IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE D. NEWMAN, | 1:10-cv-02292 SKO  (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| WARDEN JAMES B. HARTLEY, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee, or submitted a proper application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

---

[1] Plaintiff has filed an application to proceed in forma pauperis in the Central District of California. The Court will order Plaintiff to re-submit an application using the forms provided in this district.

-1-

1 **The failure to comply with this order may result in the dismissal of this action.**

2 IT IS SO ORDERED.

3 Dated:   December 29, 2010                        /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE